■ GENEVIEVE BAGGERLY, Respondent, v. JOHN F. LUCEY et al., Appellants. FAYE RUSSO, Respondent, v. JOSEPH J. STACKEWICZ et al., Appellants.— Judg-

ment affirmed, with costs. No opinion. Coon, Herlihy and Taylor, JJ., concur; Bergan, P. J., and Reynolds, J., dissent and vote to reverse on the weight of the evidence and order a new trial as to all the defendants.